# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

CHARLES DOTSON,

    Plaintiff,

                            CASE NO.:  2:17-CV-02830-SHL-TMP

-vs-

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, CHARLES DOTSON, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 11th day of April, 2018 to the following: All counsel of record.

                            */s/ Octavio Gomez*
                            Octavio Gomez, Esquire *Admitted PHV
                            Florida Bar No.: 0338620
                            Morgan & Morgan, Tampa, P.A.
                            One Tampa City Center
                            201 N. Franklin Street, 7th Floor
                            Tampa, Florida 33602
                            Tele:  (813) 223-5505
                            Fax:  (813) 223-5402
                            Primary Email: TGomez@ForThePeople.com
                            Secondary Email: LDobbins@ForThePeople.com
                            *Attorney for Plaintiff*