# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

CHARLES DOTSON,

      Plaintiff,                              CASE NO.:  2:17-CV-02830-SHL-TMP

-vs-

WELLS FARGO BANK, N.A.,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Charles Dotson, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of May, 2018

| */s/ Octavio Gomez* | */s/ Eric J. Troutman* |
|---|---|
| Octavio Gomez, Esquire | Eric J. Troutman, Attorney |
| Florida Bar No.: 0338620 | Womble Bond Dickinson (US) LLP |
| Morgan & Morgan, Tampa, P.A. | 3200 Park Center Drive, Suite 700 |
| One Tampa City Center | Costa Mesa, CA 92626 |
| Tampa, Florida 33602 | Tele: (714) 557-3800 |
| Tele: (813) 223-5505 | Fax: (714) 557-3347 |
| Fax: (813) 223-5402 | Eric.Troutman@wbd-us.com |
| Primary Email: TGomez@ForThePeople.com | *Attorney for Defendant* |
| Secondary: LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | |