```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| CHARLES DOTSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   2:17-cv-02830-SHL-tmp |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 10, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 29) filed May 14, 2018, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

May 14, 2018
Date